**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LUIZ PEDRO JUAREZ RAMOS ,
Petitioner,
v.
WARDEN, Otay Mesa Detention Center, et al.,
Respondents.

Case No.: 26cv5031 DMS (MMP)

**ORDER DENYING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Petitioner is a native and citizen of Guatemalan. Petitioner asserts he entered the United States without inspection in 2022. He had been living freely in the United States until June 8, 2026, when he was detained by Department of Homeland Security Officials ("DHS"). After being detained, Petitioner was served with a Notice to Appear in immigration court, and he is currently in removal proceedings.

Petitioner alleges his detention is governed by 8 U.S.C. § 1226(a), under which he is entitled to a bond hearing. Petitioner also alleges his detention without a bond hearing violates his due process rights, and he was seized in violation of the Fourth Amendment. Respondents concede Petitioner is detained under § 1226(a), but argue his Petition is moot

because when they filed their Return Petitioner was scheduled for a bond hearing.[1]

Absent any evidence that Petitioner has renewed his request for a bond hearing and that request was denied, the Court agrees with Respondents that Petitioner's case is moot. *See Calva v. LaRose*, No. 26-CV-4677 JLS (VET), 2026 WL 2620978 (S.D. Cal. Sep. 3, 2026) (denying petition as moot because petitioner had not yet requested a subsequent bond hearing). Accordingly, the Petition is denied without prejudice. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: October 20, 2026

Hon. Dana M. Sabraw
United States District Judge

[1] Petitioner's bond hearing went forward as scheduled. (*See* Supp. Return, Ex. 1.) At the hearing, Petitioner requested to withdraw his request for bond to gather evidence. (*Id.*) There is no evidence Petitioner has renewed his request for bond.